Daniel J. Mulligan, State Bar No. 103129
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Road, Ste. 210
San Diego, CA 92131
Telephone:  (415) 982-8500
Facsimile:  (415) 982-8515
Email:           dan@jmglawoffices.com

Eric Andrew Mercer, State Bar No. 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:  (916) 361-6022
Facsimile:  (916) 361-6023
Email:           mercerlegal@me.com

Maeve Elise Brown, State Bar No. 137512
Elizabeth S. Letcher, State Bar No. 172986
Cynthia L. Singerman, State Bar No. 244450
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Telephone:  (510) 271-8443
Facsimile:   (510) 868-4521

Attorneys for Plaintiff BARBARA McGARVEY
and the putative class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA McGARVEY, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE; and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-1099-KJM-EFB<br><br>PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO JPMORGAN CHASE BANK, N.A.'s MOTION TO DISMISS<br><br>Date:　　Submitted August 14, 2013<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 13, 15th Floor<br>Judge:　　Hon. Kimberly J. Mueller |

Plaintiffs respectfully seek to submit additional authority,[1] *Alimena v. Vericrest Fin., Inc.*, NO. CIV. S-12-0901 LKK/JFM, 2013 U.S. Dist. LEXIS 112814 (E.D. Cal. August 9, 2013).  The case discusses promissory estoppel (*35-*45) and UCL (*51, *23-28) claims at length, where the borrower received conflicting information and instructions to apply for a modification multiple times. (*4-*11).

Dated: August 15, 2013.

Respectfully submitted,

HOUSING AND ECONOMIC RIGHTS ADVOCATES

By: */s/ Eric Andrew Mercer*

ERIC ANDREW MERCER
Attorney for Plaintiffs

---

[1] Although Eastern District Local Rules do not specifically set out a procedure for doing so, the rules of other courts do (*see, e.g.*, United States District Court for the Northern District of California Civil L.R. 7-3(d), Supplementary Material; Ninth Circuit Rule 28-6, Citation of Supplemental Authorities).