DANIEL J. MULLIGAN, SBN 103129
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Road, Ste. 210
San Diego, CA 92131
Telephone:    (415) 982-8500
Facsimile:    (415) 982-8515
Email:        dan@jmglawoffices.com
*Designated as Counsel for Service*

Eric Andrew Mercer, State Bar No. 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:    (916) 361-6022
Facsimile:    (916) 361-6023
Email:        mercerlegal@me.com

Attorneys for Plaintiff BARBARA McGARVEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA McGARVEY,<br><br>   Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>   Defendants. | Case No. 2:13-cv-1099-KJM-EFB<br><br>**PLAINTIFF'S NOTICE OF INTENT TO PROCEED IN THIS ACTION AS IF BROUGHT BY AN INDIVIDUAL ONLY** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Barbara McGarvey, intends to proceed in this action as one brought by an individual only.

Dated: June 16, 2015.              Respectfully submitted,

                                   LAW OFFICE OF ERIC ANDREW MERCER

                                   By: */s/ Eric Andrew Mercer*
                                       ERIC ANDREW MERCER
                                       Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2015.

Dated: June 16, 2015.                            Respectfully submitted,

                                                 LAW OFFICE OF ERIC ANDREW MERCER


                                                 By: */s/ Eric Andrew Mercer*
                                                     ERIC ANDREW MERCER
                                                     Attorney for Plaintiffs