1  DANIEL J. MULLIGAN, SBN 103129
   JENKINS MULLIGAN & GABRIEL LLP
2  10085 Carroll Canyon Road, Ste. 210
   San Diego, CA 92131
3  Telephone:    (415) 982-8500
   Facsimile:    (415) 982-8515
4  Email:        dan@jmglawoffices.com
   *Designated as Counsel for Service*

5  Eric Andrew Mercer, State Bar No. 248707
   LAW OFFICE OF ERIC ANDREW MERCER
6  770 L Street, Suite 950
   Sacramento, CA 95814
7  Telephone:           (916) 361-6022
   Facsimile:           (916) 361-6023
8  Email:        eric@ericmercerlaw.com

9  Attorneys for Plaintiff BARBARA McGARVEY

10 ARNOLD & PORTER, LLP
   PETER OBSTLER (171623 )
11 peter.obtler@aporter.com
   MARJORY GENTRY (240887)
12 marjory.gentry@aporter.com
   Three Embarcadero Center, Tenth Floor
13 San Francisco, California 94111-4024
   Telephone:  415.471.3100
14 Facsimile:  415.471.3400

15 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
16

17              UNITED STATES DISTRICT COURT

18          FOR THE EASTERN DISTRICT OF CALIFORNIA

19                   SACRAMENTO DIVISION

20

21 BARBARA McGARVEY,              | Case No. 2:13-cv-1099-KJM

22        Plaintiff,               | **ORDER EXTENDING DEADLINE TO FILE AND SUBMIT SETTLEMENT DOCUMENTS TO FEBRUARY 8, 2016**

23        v.

24 JPMORGAN CHASE, N.A.,

25        Defendant.

26

27

28
                              1
STIPULATION (AND PROPOSED ORDER) EXTENDING DEADLINES FOR SETTLEMENT

**ORDER EXTENDING FILING DEADLINE FOR SETTLEMENT**

The deadline for the Parties to submit and file all dispositional documents required to effectuate the settlement of the Action shall be extended for good cause until Monday, February 8, 2016.

SO ORDERED this 19th day, of January, 2016.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE